IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIERRE SAINT-FLEUR, ,<br><br>     Plaintiff,<br><br>v.<br><br>HERMAN BARRETTO, et al.,<br><br>     Defendants. | CASE NO. 1:18-cv-01517-LJO-SAB<br><br>ORDER RE STIPULATION TO EXTEND TIME TO FILE A RESPONSIVE PLEADING<br><br>(ECF No. 11) |

  Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that Defendants shall file a responsive pleading on or before February 14, 2019.

IT IS SO ORDERED.

Dated: **January 9, 2019**

                   UNITED STATES MAGISTRATE JUDGE

1