# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIERRE E. SAINT-FLEUR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HERMAN BARRETTO, et al.,<br><br>　　　　Defendants. | Case No. 1:18-cv-01517-LJO-SAB<br><br>ORDER GRANTING SECOND STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING<br><br>(ECF No. 14)<br><br>DEADLINE: FEBRUARY 28, 2019 |

Pierre E. Saint-Fleur ("Plaintiff") filed this against the Department of Veterans Affairs, Herman Barretto, and Mary Jordan-Church alleging violation of 42 U.S.C. § 2000e-3(a). On February 6, 2019, the parties filed a second stipulation for a fourteen day extension of time for Defendants to file a responsive pleading.

Accordingly, IT IS HEREBY ORDERED that Defendants' responsive pleading shall be filed on or before February 28, 2019.

IT IS SO ORDERED.

Dated: **February 6, 2019**

　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1